IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KARRY WHITTEN,

            Plaintiff,

vs.

AMERICAN EXPRESS BANK,

            Defendant.

8:23CV317

**ORDER**

      This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

      Dated this 13th day of October, 2023.

                                            BY THE COURT:

                                            s/Michael D. Nelson
                                            United States Magistrate Judge